IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRCIT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THOMAS KENJARSKI, M.D., <br><br>   Plaintiffs, <br><br> v. <br><br> U.S. ANESTHESIA PARTNERS, INC., *et al.*, <br><br>   Defendants. | Civil Action No. 3:17-CV-1713-D <br><br> <u>FILED IN SEALED CASE</u> |

## ORDER

The United States of America (United States) having consented to Relator's Notice of Voluntary Dismissal of this case pursuant to 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS HEREBY ORDERED that this case is hereby dismissed without prejudice as to both the United States and Relator.

IT IS HEREBY ORDERED that the Complaint, the United States Consent to Dismissal, and the Court's accompanying Order be unsealed.

**SO ORDERED.**

October 2, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

Order - Page 1